FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| SILVESTRE PIÑA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: TDC-15-0638 |
| PAKALEX INC., et al., | * | |
| Defendants. | * | |

## ORDER

Before this Court is the parties' Joint Motion for Approval of Settlement & Release (the "Motion") (ECF No. 13). The Court has reviewed the Motion. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.). For the reasons set forth in the accompanying Memorandum Opinion, on this 14th day of October, 2015, the Court **DENIES** the Motion without prejudice.

/s/
Charles B. Day
United States Magistrate Judge

CBD/yv